Jᴏsᴇᴘʜ H. Rɪsʟᴇʏ, *Respondent, v.* Jᴇssᴇ Cᴀʀʟʟ, *Appellant.* — Judgment affirmed, with costs. Opinion by Dᴀɴɪᴇʟs, J.

Eᴅᴡɪɴ W. Hᴏʟʙʀᴏᴏᴋ, *Appellant, v.* Jᴏʜɴ A. Sᴡᴇᴢᴇʏ and another, *Respondents.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by Dᴀɴɪᴇʟs, J.

Iɴ ᴛʜᴇ Mᴀᴛᴛᴇʀ ᴏғ ᴛʜᴇ Esᴛᴀᴛᴇ ᴏғ Hᴇʀᴍᴀɴ Sᴄʜʟᴇsɪɴɢᴇʀ, *Deceased.* — Order modified as directed in opinion, and affirmed as modified. Opinion by Dᴀᴠɪs, P. J.

Hᴇɴʀʏ W. Tʜᴀᴜʟᴇ, *Appellant, v.* Hᴇɴʀʏ A. Fʀᴏsᴛ, *Respondent, Impleaded, etc.* — Judgment affirmed. Opinion *Per Curiam.*

Kᴀᴛᴇ L. S. Mᴀᴘᴇs and Pᴇᴛᴇʀ Sʜᴀɴᴅ, Jʀ., *Appellants, v.* Aɢɴᴇs S. Wᴇsᴛ, *Respondent.* — Order reversed, without costs. Opinion by Dᴀɴɪᴇʟs, J., and by Dᴀᴠɪs, P. J., dissenting.

Tʜᴇ Pᴇᴏᴘʟᴇ's Bᴀɴᴋ, *etc., v.* Wɪʟʟɪᴀᴍ Hᴇᴀʀᴅᴛ and others. — Reargument ordered.

Jᴏʜɴ B. Dᴇᴠʟɪɴ, *Respondent, v.* Tʜᴇ Mᴀʏᴏʀ, Aʟᴅᴇʀᴍᴇɴ ᴀɴᴅ Cᴏᴍᴍᴏɴᴀʟᴛʏ ᴏғ ᴛʜᴇ Cɪᴛʏ ᴏғ Nᴇᴡ Yᴏʀᴋ, *Appellants.* — Judgment reversed. Opinion *Per Curiam.*

Hᴇɴʀʏ R. Dᴜɴʜᴀᴍ, *Appellant, v.* Jᴏsᴇᴘʜ Cᴜᴅʟɪᴘᴘ and others, *Respondents.*

Sᴀᴍᴇ *v.* Sᴀᴍᴇ. — Judgments affirmed. Opinion by Dᴀᴠɪs, P. J., and by Dᴀɴɪᴇʟs, J., dissenting.

Tʜᴇ Uɴɪᴏɴ Dɪᴍᴇ Sᴀᴠɪɴɢs Iɴsᴛɪᴛᴜᴛɪᴏɴ ᴏғ ᴛʜᴇ Cɪᴛʏ ᴏғ Nᴇᴡ Yᴏʀᴋ, *Appellant and Respondent, v.* Tʜᴏᴍᴀs L. Sᴀɴғᴏʀᴅ, *Appellant, Impleaded, etc.,* Oʀsᴇᴇ W. Wɪʟᴍᴏᴛ and Gᴇᴏʀɢᴇ W. Kᴏᴄʜ, *Respondents, Impleaded, etc.* — Judgment affirmed, with costs of the several respective appellants against whom they succeed. Opinion by Dᴀɴɪᴇʟs, J., and by Bʀᴀᴅʏ, J., dissenting.

Jᴏsᴇᴘʜ A. Vᴏsᴇ *v.* Fʀᴀɴᴄɪs S. Sᴛʀᴇᴇᴛ. — Motion granted, with ten dollars costs, unless the case be made and served within twenty days after service of a copy of the order to be entered hereon, and ten dollars costs of motion be paid.

Tʜᴇ Pᴇᴏᴘʟᴇ ᴏғ ᴛʜᴇ Sᴛᴀᴛᴇ ᴏғ Nᴇᴡ Yᴏʀᴋ *ex rel.* Tʜᴏᴍᴀs Gɪʟᴍᴏʀᴇ, *v.* Jᴀᴍᴇs Cᴀʟʟᴀʜᴀɴ, *Justice, etc.* — Motion for reargument denied.